JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUDITH P. R.,[1] <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDEK,[2] Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:24-cv-06440-DTB <br><br> **J U D G M E N T** |

In accordance with the Order Vacating Report and Recommendation and Remanding Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this action is remanded for further proceedings.

DATED: April 30, 2025

                                            _____
                                            DAVID T. BRISTOW
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Leland Dudek became the Acting Commissioner of Social Security on or about February 19, 2025. Leland Dudek is substituted for Michelle King as the defendant in this action. Fed. R. Civ. P. 25(d).