John Metsker, Esq., CA SBN 268977
THE METSKER LAW FIRM
P.O. Box 590881
San Francisco, CA 94159
Phone: 866-342-6180
Fax: 415-500-4081
jmetsker@metskerlaw.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH P. ROLLINS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:24-cv-06440-DTB<br><br>[~~PROPOSED~~]<br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND FOUR HUNDRED NINETY DOLLARS AND ELEVEN CENTS ($5,490.11) pursuant to 28 U.S.C. § 2412(d), subject to the terms of the parties' stipulation.

DATE: July 30, 2025

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE